```
 1  HEATHER E. WILLIAMS, #122664
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-13-211 TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO SCHEDULE<br>) MOTION HEARING ON SEPTEMBER 26, |
| v. | ) 2013, AT 9:30 A.M.; BRIEFING<br>) SCHEDULE |
| KEITH WAYNE SWYGERT, | ) |
| | ) Date: July 11, 2013 |
| Defendant. | ) Time: 9:00 a.m.<br>) Judge: Hon. Troy L. Nunley |

THE PARTIES STIPULATE, through counsel, Michael McCoy, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Swygert, that the Court should vacate the status conference on July 11, 2013, at 9:30 a.m., and schedule a non-evidentiary motion hearing on September 26, 2013, at 9:30 a.m.  If the motions require an evidentiary hearing, the parties will schedule it at that time.

Counsel agree that: Mr. Swygert will file his motion to suppress on or before August 15, 2013; the government will oppose on or before September 12, 2013; and, Mr. Swygert may file an optional reply on or before September 19, 2013.

/ / /

STIPULATION AND ORDER                     1                      CR. S-13-211 TLN

| | |
|---|---|
| 1 | The parties stipulate that the Court should exclude the period from the date of this order through September 26, 2013, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Swygert's request for time to prepare and to file motions outweighs the best interest of the public and Mr. Swygert in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. §§ 3161(h)(7) (Local Code T4), and 3161(h)(1)(D) (Local Code E). |

Dated: July 8, 2013                  Respectfully submitted,

                                     HEATHER E. WILLIAMS
                                     Federal Defender

                                     /s/ M.Petrik
                                     _____
                                     MICHAEL PETRIK, Jr.
                                     Assistant Federal Defender

Dated: July 8, 2013                  BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ M.Petrik for
                                     _____
                                     MICHAEL McCOY
                                     Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** A motion hearing is scheduled on September 26, 2013, at 9:30 a.m. The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting defendant time to file motions outweighs the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through September 26, 2013, pursuant to 18 U.S.C. §§ 3161(h)(7) (Local Code T4), and 3161(h)(1)(D) (Local Code E).

DATED: July 10, 2013

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER 3 CR. S-13-211 TLN