BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 Fax

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:13-CR-0211 TLN |
| ) | |
| Plaintiff, ) | **ORDER GRANTING GOVERNMENT'S** |
| ) | **MOTION FOR EXTENSION OF TIME TO** |
| v. ) | **RESPOND TO DEFENDANT'S MOTION TO** |
| ) | **SUPPRESS EVIDENCE** |
| KEITH WAYNE SWYGERT, ) | |
| ) | |
| Defendant. ) | |

There being no opposition from defendant and or his attorney, the Government's Motion For Extension of time to Respond to Defendant's Motion To Suppress Evidence is approved and so ordered. The following briefing schedule is now ordered:

   Government's response:   September 20, 2013

   Defendant's optional reply:  October 3, 2013

   Non-evidentiary motion hearing: October 10, 2013, at 9:30 a.m.

    **IT IS SO ORDERED**.

Dated: September 10, 2013

             Troy L. Nunley
             United States District Judge