HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:13-cr-211 TLN |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME |
| v. | ) | |
| KEITH WAYNE SWYGERT, | ) | Date: November 7, 2013 |
| Defendant. | ) | Time: 9:30 a.m. |
| | ) | Judge: Honorable Troy L. Nunley |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for October 24, 2013, at 9:30 a.m., to November 7, 2013, at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to meet and confer with the government regarding a potential resolution of the case.

Counsel and the defendant agree that the Court should exclude the time from October 22, 2013, through November 7, 2013, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

///

Stipulation to Continue -1- 13-211 TLN

| | | |
|---|---|---|
| DATED: October 22, 2013 | | HEATHER E. WILLIAMS<br>Federal Defender |
| | | /s/ M.Petrik_____<br>MICHAEL PETRIK, Jr.<br>Assistant Federal Defender |
| DATED: October 22, 2013 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | | /s/ M.Petrik for_____<br>MICHAEL McCOY<br>Assistant U.S. Attorney |

## **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for November 7, 2013, at 9:30 a.m. The Court orders the time from the date of the parties stipulation, up to and including November 7, 2013, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: October 23, 2013

_____
Troy L. Nunley
United States District Judge