1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant

6

7

8

                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10
   UNITED STATES OF AMERICA,            Case No. CR. S-13-211 TLN
11                                    )
                 Plaintiff,           )  STIPULATION AND ORDER TO CONTINUE
12                                    )  STATUS CONFERENCE AND TO EXCLUDE
          v.                          )  TIME
13                                    )
   KEITH WAYNE SWYGERT,               )  Date:   November 21, 2013
14                                    )  Time:   9:30 a.m.
                 Defendant.           )  Judge:  Honorable Troy L. Nunley
15                                    )
                                      )
16 _____ )

17

18        The parties stipulate, through respective counsel, that the Court should continue the status

19 conference set for November 7, 2013, at 9:30 a.m., to November 21, 2013, at 9:30 a.m.

20        The reason for this continuance is because the parties require time to formalize an oral

   agreement, and counsel needs time to review the agreement with Mr. Swygert.
21
          Counsel and the defendant agree that the Court should exclude the time from November
22
   7, 2013, through November 21, 2013, when it computes the time within which trial must
23
   commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.
24
          Counsel and the defendant also agree that the ends of justice served by the Court granting
25
   this continuance outweigh the best interests of the public and the defendant in a speedy trial.
26 / / /

27 / / /

28

   Stipulation to Continue                    -1-                              13-211 TLN

DATED: November 5, 2013     HEATHER E. WILLIAMS
                            Federal Defender

                            /s/ M.Petrik_____
                            MICHAEL PETRIK, Jr.
                            Assistant Federal Defender

DATED: November 5, 2013     BENJAMIN B. WAGNER
                            United States Attorney

                            /s/ M.Petrik for_____
                            MICHAEL McCOY
                            Assistant U.S. Attorney

## O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for November 21, 2013, at 9:30 a.m. The Court orders the time from the date of the parties stipulation, up to and including November 21, 2013, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: November 5, 2013

_____
Troy L. Nunley
United States District Judge