| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MICHAEL PETRIK, Jr., #177913 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:13-cr-211 TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE AND TO EXCLUDE |
| v. | ) TIME |
| | ) |
| KEITH WAYNE SWYGERT, | ) Date: November 21, 2013 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Troy L. Nunley |
| | ) |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for November 21, 2013, at 9:30 a.m., to December 19, 2013, at 9:30 a.m.

The reason for this continuance is because the parties require time to formalize an oral agreement, and counsel needs time to review the agreement with Mr. Swygert. The parties also have discovered new information that bears on the agreement, and require time to consider how it affects the agreement.

Counsel and the defendant agree that the Court should exclude the time from November 21, 2013, through December 19, 2013, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial

DATED: November 19, 2013          HEATHER E. WILLIAMS
                                  Federal Defender

                                  /s/ M.Petrik_____
                                  MICHAEL PETRIK, Jr.
                                  Assistant Federal Defender

DATED: November 19, 2013          BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ M.Petrik for_____
                                  MICHAEL McCOY
                                  Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for December 19, 2013, at 9:30 a.m. The Court orders the time from the date of the parties stipulation, up to and including December 19, 2013, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED: November 19, 2013

_____
Troy L. Nunley
United States District Judge